711 A.2d 204

**Damon Lamorne JACKSON, Sr.**

v.

**STATE of Maryland.**

**No. 128, Sept. Term, 1997.**

Court of Appeals of Maryland.

June 12, 1998.

Shannon E. Avery, Assistant Public Defender, (Stephen E. Harris, Public Defender, on brief), Baltimore, for Petitioner.

Thomas K. Clancy, Assistant Attorney General, (J. Joseph Curran, Jr., Attorney General, on brief), Baltimore, for Respondent.

Argued before BELL, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, RAKER, WILNER and CATHELL, JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and argued, it is this 12th day of June, 1998,

ORDERED, by the Court of Appeals of Maryland that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.